B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In re _Kinney McGraw_,  Case No. _13-41390_
          Debtor

                                            Chapter _13_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _71.00_   Check one  ☒ With the filing of the petition, or
                      ☐ On or before _____

$ _70.00_   on or before _December 20, 2014_
$ _70.00_   on or before _January 21, 2014_
$ _70.00_   on or before _February 20, 2014_

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _10/31/2013_                _[signature] Brian W. Bensly_
                                  United States Bankruptcy Judge